DAVID A. HUBBERT
Deputy Assistant Attorney General

TIMOTHY J. HUETHER (DC Bar No. 198289)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Phone: 202-307-2124
Fax:    202-307-0054
Email: Timothy.Huether@usdoj.gov
       Western.Taxcivil@usdoj.gov
*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>MARIO KEANON,<br><br>    Respondent. | No. 2:24-mc-0059 DJC DB<br><br>NOTICE OF HEARING AND ORDER TO SHOW CAUSE |

Upon the petition of the United States and the Declaration of Allison Roberts, including the exhibit attached thereto, it is hereby ORDERED that the respondent, Mario Keanon, appear before United States Magistrate Judge Deborah Barnes, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Friday, May 10, 2024, at 10:00 a.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him.

It is further ORDERED that:

1.      To afford the respondent an opportunity to respond to the petition and the petitioner an opportunity to reply, a copy of this order, the Petition and its Exhibits, shall be served by delivering a copy to the respondent personally, or by leaving a copy at the respondent's dwelling house or usual place of abode with some person of suitable age and

discretion then residing therein, or by any other means of service permitted by Fed. R. Civ. P. 4(e), at least 30 days before the show cause hearing date including any continued date, unless such service cannot be made despite reasonable efforts.

2. Pursuant to Fed. R. Civ. P. 4.1(a), the Court hereby appoints IRS Revenue Agent Allison Roberts, and all other persons designated by her, or any other agent, officer, or other person designated by the IRS, to effect service in this case. Service may also be effected by the United States Marshals Service.

3. Proof of any service done pursuant to paragraph 1, above, shall be filed with the Clerk as soon as practicable.

4. Because the file in this case reflects a *prima facie* showing, under *United States v. Powell*, 379 U.S. 48 (1964), that the examination is being conducted for legitimate purposes, the inquiries may be relevant to those purposes, the information sought is not already within the Commissioner's possession, and the administrative steps required by the Internal Revenue Code have been followed, the burden of coming forward has shifted to the respondent to oppose enforcement of the summons.

5. If the respondent has any defense to present or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk of Court and copies served on counsel for the United States at least 21 days prior to the date set for the show cause hearing. The United States may file a response memorandum to any opposition at least 5 court days prior to the date set for the show cause hearing.

6. At the show cause hearing, the Magistrate Judge will consider all issues raised by the respondent. Only those issues brought into controversy by the responsive pleadings and supported by affidavit or declaration will be considered. Any uncontested allegation in the petition will be considered admitted.

7. The respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States, at least 14 days prior to the date set for the show cause hearing, that the respondent has no objection to enforcement of the summons. The respondent's appearance at the hearing will then be excused.

NOTICE OF HEARING
AND ORDER TO SHOW CAUSE                                         2

8. The respondent is hereby notified that failure to comply with this Order may result in sanctions for contempt of court.

IT IS SO ORDERED.

DATED:  February 13, 2024         /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE